IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **BOGDAN BLASHISHIN**, <br><br> Plaintiff, <br><br> v. <br><br> **KEYSTONE AUTOMOTIVE INDUSTRIES, INC.**, <br><br> Defendant. | Case No. 3:21-cv-00960-YY <br><br> **ORDER** |

**IMMERGUT, District Judge.**

On July 22, 2021, Magistrate Judge Youlee Yim You issued her Findings and Recommendations ("F&R"), ECF 7. The F&R recommends that this Court deny parties' Stipulated Motion to Stay Litigation Pending Binding Arbitration, ECF 6, and dismiss this action without prejudice. No party filed objections.

### STANDARDS

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or

PAGE 1 – ORDER

recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

No party having filed objections, this Court has reviewed the F&R and accepts Judge You's conclusions. The F&R, ECF 7, is adopted in full. Parties' Stipulated Motion to Stay Litigation Pending Binding Arbitration, ECF 6, is DENIED, and this action is DISMISSED without prejudice.

**IT IS SO ORDERED**.

DATED this 9th day of August, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER